```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ACTORS FEDERAL CREDIT UNION,

                    Plaintiff,          25-cv-4429 (JGK)

      - against -              <u>ORDER</u>

JPMORGAN CHASE & CO.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 14, 2025.

SO ORDERED.

Dated:    New York, New York
            July 31, 2025

                                          _____
                                             John G. Koeltl
                                      United States District Judge