**GT** GreenbergTraurig

**Anthony Bagnuola**
Tel 516.629.9607
Fax 516.706.8666
Anthony.Bagnuola@gtlaw.com

April 13, 2026

<u>**Via ECF**</u>

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

*[signature]*

4/13/26.

John G. Koeltl, U.S.D.J.

Re:   *Actors Federal Credit Union v. JPMorgan Chase & Co.*
      Civil Docket No. 25-4429 (JGK)

Dear Judge Koeltl:

This firm represents the defendant in the above-captioned matter. I respectfully submit this letter on behalf of all parties to request a 30-day extension of the Court's deadline for filings related to the parties' settlement.

On March 27, the parties jointly advised the Court that a settlement to resolve this matter in its entirety had been reached and requested a 30-day stay of these proceedings to finalize the settlement agreement. *See* Docket Entry 17. In an order entered on March 30, the Court granted that request and provisionally discontinued this matter. *See* Docket Entry 18. The Court further directed that, within 30 days, Plaintiff's counsel could move to restore the case to the Court's docket, or the parties could request the Court's retention of jurisdiction to enforce the settlement agreement. *Id.*

The parties are in the process of finalizing their settlement agreement and do not anticipate seeking either to restore this matter to the Court's active docket or filing the agreement for purposes of future enforcement. As contemplated, however, performance under certain provisions of our agreement will occur within 30 days of signing, *i.e.*, after the expiration of the extant deadline. As such, we respectfully request that the deadline for restoring this case to the active docket or,

Greenberg Traurig, LLP | Attorneys at Law

www.gtlaw.com

**April 13, 2026**
Page 2

alternatively, seeking Your Honor's retention of enforcement jurisdiction, be extended for 30 days, until May 30.

We thank the Court for its attention to this matter.

Respectfully submitted,

Anthony Bagnuola

cc:     Clerk of Court (JGK) (via ECF)
        Counsel of Record (via ECF and email)